IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02176-BNB

AARON I. JORDAN,

    Plaintiff,

v.

S. FULLER, (Programs Coordinator), and
ADAMS COUNTY "Official Capacity,"

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 6 2010

GREGORY C. LANGHAM
                    CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 16, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02176-BNB

Aaron I. Jordan
Prisoner No. 140456
3258 S. Waco Ct. #D
Aurora, CO 80013

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on December 16, 2010.

                         GREGORY C. LANGHAM, CLERK

                         By: /s/
                              Deputy Clerk