IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 10-cv-02176-REB-BNB

DEC 22 2010

AARON I. JORDAN,

GREGORY C. LANGHAM
CLERK

     Plaintiff,

v.

ADAMS COUNTY JAIL, and
S. FULLER, Program Coordinator,

     Defendants.

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant

having been served  shall respond to the complaint as provided in the Federal Rules of

Civil Procedure.

Dated December 21, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-02176-REB-BNB

Aaron I. Jordan
Doc No. 140456
3258 S. Waco Court., #D
Aurora, CO 80013

US Marshal Service
Service Clerk
Service forms for:
Adams County Jail and S. Fuller, Program Coordinator

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the United States Marshal Service for process of service on Adams County Jail and S. Fuller, Program Coordinator: AMENDED COMPLAINT FILED 11/05/10, SUMMONS, and NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 12/22/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk