# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No.  10-cv-02176-REB-BNB

AARON I. JORDON,

     Plaintiff,

v.

ADAMS COUNTY, and
S. FULLER, Program Coordinator,

     Defendants.

---

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

---

**Blackburn, J.**

     This matter is before me on the following: (1) the plaintiff's **Motion for Summary Judgment** [#22][1] filed March 14, 2011; and (2) the **Recommendation of United States Magistrate Judge** [#25], filed March 18, 2011.  No objections to the recommendation have been filed and, therefore, I review it only for plain error.  **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no error, much less plain error, in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter.  **Morales-Fernandez**, 418 F.3d at 1122.  Of course, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

adopted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Recommendation of United States Magistrate Judge** [#25], filed

March 18, 2011, is **APPROVED AND ADOPTED** as an order of this court; and

      2.  That plaintiff's **Motion For Summary Judgment** [#22] filed March 14, 2011,

is **DENIED**.

      Dated April 21, 2011, at Denver, Colorado.

                                 **BY THE COURT:**

                                 Robert E. Blackburn
                                 United States District Judge

2