IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02176-REB-BNB

AARON I. JORDAN,

Plaintiff,

v.

ADAMS COUNTY, and
S. FULLER, program coordinator,

Defendants.

Defendants.

_____

**ORDER**
_____

This matter is before me on an email (the "email") sent directly to my chambers by the plaintiff on August 31, 2011 [Doc. #39]. The email is an improper *ex parte* communication. *Ex parte* communications are prohibited by local rule of practice 77.2, D.C.COLO.LCivR, which provides:

> In the absence of previous authorization, no attorney or party to
> any proceeding shall send letters, pleadings or other papers or
> copies directly to a judicial officer. Unless otherwise instructed,
> all matters to be called to a judicial officer's attention shall be
> submitted through the clerk, with copies served on all other parties
> or their attorneys.

I am aware that the plaintiff is proceeding *pro se*, and I must liberally construe his pleadings. Haines v. Kerner, 404 U.S. 519, 520-21 (1972). I cannot act as an advocate for a *pro se* litigant, however, who must comply with the fundamental requirements of the Federal Rules of Civil Procedure and the rules of this court. Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir.

1991).  Accordingly,

IT IS ORDERED:

1.  The email is STRICKEN;

2.  The plaintiff shall not send communications directly to my chambers unless otherwise instructed; and

3.  Failure to comply with this order may result in the imposition of sanctions, including dismissal of the case.

Dated September 12, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge