IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02176-REB-BNB

AARON I. JORDAN,

Plaintiff,

v.

ADAMS COUNTY, and
S. FULLER, program coordinator,

Defendants.

_____

## ORDER

_____

This matter arises on the following motions (the "Motions"):

(1)   The defendants' **Motion to Strike Plaintiff's Designation of Experts** [Doc. #32, filed 08/23/2011]; and

(2)   The plaintiff's **Motion for Time Extension** [Doc. #44, filed 09/23/2011].

The plaintiff seeks an extension of time to designate an expert witness, and the defendants seek an order striking the plaintiff's designation of experts.  Separately, I have recommended that summary judgment enter in favor of the defendants on all of the plaintiff's claims.

IT IS ORDERED that the Motions are DENIED AS MOOT.

Dated January 17, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge